SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROYCE GRACIE and MARIANNE CUTTIC,<br><br>　　　　　　Defendants. | Civil No. 2:17-cv-3308<br><br>COMPLAINT TO REDUCE PENALTY ASSESSMENTS TO JUDGMENT |

## COMPLAINT

The United States of America brings this action to collect unpaid federal penalty assessments and interest as provided by law, and to reduce those assessments to judgment. The United States of America, plaintiff, complains and alleges on information and belief as follows.

### Authorization For Suit

1.  This action is brought pursuant to 31 U.S.C. § 3711 (g)(4)(C), and in accordance with 31 U.S.C. § 5321, at the direction

1

of the Attorney General of the United States and at the request of, and with the authorization of, Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the United States.

## Jurisdiction And Venue

2.  The district court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1340 because the action arises under the laws of the United States and the United States is the plaintiff.

3.  Venue properly lies in the Central District of California under 28 U.S.C. § 1391(b)(1) because the defendants, Royce Gracie and Marianne Cuttic ("defendants"), husband and wife during the years 2007 through 2012, reside in Los Angeles County, California, within the judicial district. Further, under 28 U.S.C. § 1391(b)(2), venue is proper because a substantial part of the events giving rise to the government's claims in this action occurred within the judicial district.

## Defendants Failed To Report Foreign Bank Accounts

4.  Section 5314 of Title 31 of the United States Code authorizes the Secretary of the Treasury to require United States citizens to report certain transactions with foreign financial agencies.

5.  Under Section 5314's implementing regulations, "[e]ach United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country shall report such relationship" to the IRS for each year in which such relationship exists. 31 C.F.R. § 1010.350.

6.  Such a report must be filed with the Internal Revenue Service on Treasury Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts, commonly known as an "FBAR". An FBAR is due by

June 30 "of each calendar year with respect to foreign financial accounts exceeding $10,000.00 maintained during the previous calendar year." 31 C.F.R. § 1010.306(c).

7. During the years 2007 through 2012, and other years, defendants, United States citizens, had financial interests, signature authority, and /or otherwise controlled at least three foreign bank accounts.

8. During the years 2007 through 2009, defendants had a foreign bank account, including an investment account, at HSBC bank, located in Switzerland ("the Swiss account"), and a foreign bank account at Caixa Penedes bank, located in Spain ("the Spanish account"). The high balance in the Swiss account for each of the years 2007 through 2009 was over $1 million.

9. In about August 2009, the defendants closed the Swiss account, and opened a bank account at First Gulf bank, located in the United Arab Emirates ("the UAE account").

10. On about August 11, 2009, defendants transferred approximately $1.4 million from the Swiss account to the UAE account.

11. Defendants held funds in the Spanish account and the UAE account during the years 2009 through 2012. The high balance in the UAE account was over $1 million in 2009 and 2010, and the high balance in the UAE account was over $500,000 in 2011 and 2012.

12. During the years 2007 through 2012, defendants' foreign accounts, individually and/or collectively had a balance that exceeded $10,000.00.

13. Defendants were required by law to file FBARs reporting their financial interest in their foreign accounts for the years 2007

through 2012, as well as any other year that satisfied the FBAR reporting requirements.

14. Defendants did not file FBARs disclosing their foreign accounts for the years 2007 through 2012.

### Willful Failure To File FBARs

15. Defendants filed joint individual federal income tax returns (Forms 1040) for the years 2007 through 2012. The tax returns were prepared by the same tax return preparer, D.P., located in Hermosa Beach, California.

16. On Schedule B to their 2007 Form 1040, defendants falsely stated that then did not a have an interest in any foreign bank account in 2007.

17. On their 2008 Form 1040, defendants did not disclose their interest in their foreign bank accounts in 2008.

18. On Schedule B to their 2009 Form 1040, defendants falsely stated that they only had an interest in a Spanish bank account in 2009, the year they caused $1.4 million to be transferred from the Swiss account to the UAE account.

19. On Schedule B to their 2010 Form 1040, defendants falsely stated that they only had an interest in one foreign bank account in 2010, the Spanish account.

20. On their 2011 Form 1040, defendants did not disclose their interest in their foreign bank accounts in 2011.

21. On their 2012 Form 1040, defendants did not disclose their interest in their foreign bank accounts in 2012.

22. Defendants did not disclose their Swiss account or their UAE account to their tax return preparer for any of the years 2007 through 2012.

23. During the years 2007 through 2011, defendants transferred by wire transfer approximately $2 million from their foreign bank accounts to pay personal expenses in the United States, including to pay for residential real estate purchases and credit card expenses.

24. In 2008, defendants wired approximately $200,000 from the Spanish account to an account in the United States to fund the purchase of residential real estate in Palos Verdes, California.

25. In 2010, defendants wired approximately $500,000 from the UAE account to an account in the United States to fund the purchase of residential real estate in Mammoth Lakes, California.

26. In 2011, defendants wired approximately $20,000 from the UAE account to American Express credit card company in the United States.

27. In May 2012, while under audit by the Internal Revenue Service, defendant Royce Gracie, falsely stated within the judicial district, under penalty of perjury, that during the years 2001 through 2012 he had no interest in any foreign bank account. A copy of his statement is attached as Exhibit 1.

28. In May 2012, while under audit by the Internal Revenue Service, defendant Marianne Cuttic, falsely stated within the judicial district, under penalty of perjury, that during the years 2001 through 2012 she only had an interest in one foreign bank account, located in Spain. A copy of her statement is attached as Exhibit 2.

29. Defendants willfully failed to disclose and report to the Internal Revenue Service their interest in foreign bank accounts during the years 2007 through 2012, and other years.

30. Defendants willfully failed to file the required FBARS with the Internal Revenue Service for the years 2007 through 2012.

31. On June 30, 2009, defendants had a high balance of at least $645,000.00 in one or more of their foreign accounts, and over $10,000.00 in the Spanish account.

### Reduction Of Assessment To Judgment

32. On about May 8, 2015, the IRS assessed willful FBAR penalties against defendants Royce Gracie and Marianne Cuttic each in the total amount of $210,081.75 for the year 2008. Penalties were assessed with respect to their interests in foreign bank accounts at Caixa Penedes (Spain) and HSBC (Switzerland). True copies of the official records of assessment, Form 13448, are attached as Exhibit 3.

33. On about May 8, 2015, notice and demand for payment of the penalties was sent to defendants at their last known address.

34. Interest has accrued on the penalties assessed against each defendant as provided by law and remains unpaid. As of April 5, 2017, the unpaid balance owed to the United States by each defendant Royce Gracie and Marianne Cuttic for the FBAR penalties, the late payment penalty and interest was $$238,203.93.

35. The United States is entitled to a judgment against defendant Royce Grace in the amount of $238,203.93 plus additional accrued penalties, interest, and fees as provided by law.

36. The United States is entitled to a judgment against defendant Marianne Cuttic in the amount of $238,203.93 plus additional accrued penalties, interest, and fees as provided by law.

///

WHEREFORE, the United States requests that the Court:

A. Enter judgment against Royce Gracie and in favor of the United States in the amount of $238,203.93, plus additional accrued penalties, interest, and fees as provided by law.

B. Enter judgment against Marianne Cuttic and in favor of the United States in the amount of $238,203.93, plus additional accrued penalties, interest, and fees as provided by law.

C. Award the United States such other relief as justice requires.

Dated: 5/2/17

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

　　　　　/s/
ROBERT F. CONTE
Assistant United States Attorney

Foreign Accounts/Entities Information

**Part I:** Do you have any legal or beneficial interest in, or direct or indirect signature, management, or other authority over foreign bank accounts or brokerage accounts or mutual funds in the following countries, between 2001 and the present?

If yes, please describe the type of account and name of account holder.

| Bank Secrecy Jurisdiction Countries | Geographical Location | | |
|---|---|---|---|
| Andorra | Europe | yes | no ✓ |
| Anguilla | Caribbean | yes | no ✓ |
| Antigua and Barbuda | Caribbean | yes | no ✓ |
| Aruba | Caribbean | yes | no ✓ |
| Austria | Europe | yes | no ✓ |
| Bahamas | Caribbean | yes | no ✓ |
| Bahrain | Arabian Sea | yes | no ✓ |
| Barbados | Caribbean | yes | no ✓ |
| Belize | Caribbean/Central America | yes | no ✓ |
| British Virgin Islands | Caribbean | yes | no ✓ |
| Cook Islands | Pacific Ocean | yes | no ✓ |
| Gibraltar | Europe | yes | no ✓ |
| Grenada | Caribbean | yes | no ✓ |
| Guernsey/Sark/Alderney | Europe | yes | no ✓ |
| Isle of Man | Europe | yes | no ✓ |
| Jersey | Europe | yes | no ✓ |
| Liberia | Horn of Africa | yes | no ✓ |
| Liechtenstein | Europe | yes | no ✓ |
| Montserrat | Caribbean | yes | no ✓ |
| Nauru | Pacific Ocean | yes | no ✓ |
| Netherlands Antilles | Caribbean | yes | no ✓ |
| Nevis | Caribbean | yes | no ✓ |
| Niue | Pacific Ocean | yes | no ✓ |
| Panama | Caribbean/Central America | yes | no ✓ |
| Samoa | Pacific Ocean | yes | no ✓ |
| St Lucia | Caribbean | yes | no ✓ |
| St. Vincent and the Grenadines | Caribbean | yes | no ✓ |
| Switzerland | Europe | yes | no ✓ |
| The Commonwealth of Dominica | Caribbean | yes | no ✓ |
| The Principality of Monaco | Europe | yes | no ✓ |
| The Republic of the Maldives | Indian Ocean | yes | no ✓ |
| The Republic of the Marshall Islands | Pacific Ocean | yes | no ✓ |
| The Republic of the Seychelles | Indian Ocean | yes | no ✓ |
| The Republic of Vanuatu | Pacific Ocean | yes | no ✓ |
| Tonga | Pacific Ocean | yes | no ✓ |
| Turks & Caicos | Caribbean | yes | no ✓ |
| US Virgin Islands | Caribbean | yes | no ✓ |

**Part II:** Do you have any legal or beneficial interest in, or direct or indirect signature, management, or other authority over foreign bank accounts or brokerage accounts or mutual funds in other foreign countries, between 2001 and the present?

yes ___   no ✓

If yes, please list the countries in which you have foreign bank accounts or brokerage accounts or mutual funds, and describe the type of accounts:

_____

1

EXHIBIT 1

Foreign Accounts/Entities Information

Part III: Did you have any legal or beneficial interest in, or direct or indirect signature, management, investment or other authority over any foreign entities, trusts, corporations, partnerships, foundations in the following countries, between 2001 and the present?

If yes, please describe the type of entity, name of the entity, and relationship to the entity.

| Bank Secrecy Jurisdiction Countries | Geographical Location | | |
|---|---|---|---|
| Andorra | Europe | yes | no |
| Anguilla | Caribbean | yes | no |
| Antigua and Barbuda | Caribbean | yes | no |
| Aruba | Caribbean | yes | no |
| Bahamas | Caribbean | yes | no |
| Bahrain | Arabian Sea | yes | no |
| Barbados | Caribbean | yes | no |
| Belize | Caribbean/Central America | yes | no |
| British Virgin Islands | Caribbean | yes | no |
| Cook Islands | Pacific Ocean | yes | no |
| Gibraltar | Europe | yes | no |
| Grenada | Caribbean | yes | no |
| Guernsey/Sark/Alderney | Europe | yes | no |
| Isle of Man | Europe | yes | no |
| Jersey | Europe | yes | no |
| Liberia | Horn of Africa | yes | no |
| Liechtenstein | Europe | yes | no |
| Montserrat | Caribbean | yes | no |
| Nauru | Pacific Ocean | yes | no |
| Netherlands Antilles | Caribbean | yes | no |
| Nevis | Caribbean | yes | no |
| Niue | Pacific Ocean | yes | no |
| Panama | Caribbean/Central America | yes | no |
| Samoa | Pacific Ocean | yes | no |
| St Lucia | Caribbean | yes | no |
| St. Vincent and the Grenadines | Caribbean | yes | no |
| Switzerland | Europe | yes | no |
| The Commonwealth of Dominica | Caribbean | yes | no |
| The Principality of Monaco | Europe | yes | no |
| The Republic of the Maldives | Indian Ocean | yes | no |
| The Republic of the Marshall Islands | Pacific Ocean | yes | no |
| The Republic of the Seychelles | Indian Ocean | yes | no |
| The Republic of Vanuatu | Pacific Ocean | yes | no |
| Tonga | Pacific Ocean | yes | no |
| Turks & Caicos | Caribbean | yes | no |
| US Virgin Islands | Caribbean | yes | no |

2

Foreign Accounts/Entities Information

Part IV: Did you have any legal or beneficial interest in, or direct or indirect signature, management, investment or other authority over any foreign entities, trusts, corporations, partnerships, foundations in other foreign countries, between 2001 and the present?

yes _____ no __X__

If yes, please describe the type of entity, name of the entity, and your relationship to the entity.

_____

_____

_____

_____

Part V: Certification/Declaration

I have read and completed the foregoing statements consisting of 3 pages, each of which I have signed. Under the penalties of perjury, I declare that I have examined this statement and to the best of my knowledge and belief, it is true, correct and complete.

[signature]     Royce Gaye     6-16-12
TP(Husband) Signature     TP(Husband) Name     Date

_____     _____     _____
TP(Wife) Signature     TP(Wife) Name     Date

3

Foreign Accounts/Entities Information

Part I: Do you have any legal or beneficial interest in, or direct or indirect signature, management, or other authority over foreign bank accounts or brokerage accounts or mutual funds in the following countries, between 2001 and the present?

If yes, please describe the type of account and name of account holder.

| Bank Secrecy Jurisdiction Countries | Geographical Location | | |
|---|---|---|---|
| Andorra | Europe | yes | no ✓ |
| Anguilla | Caribbean | yes | no ✓ |
| Antigua and Barbuda | Caribbean | yes | no ✓ |
| Aruba | Caribbean | yes | no ✓ |
| Austria | Europe | yes | no ✓ |
| Bahamas | Caribbean | yes | no ✓ |
| Bahrain | Arabian Sea | yes | no ✓ |
| Barbados | Caribbean | yes | no ✓ |
| Belize | Caribbean/Central America | yes | no ✓ |
| British Virgin Islands | Caribbean | yes | no ✓ |
| Cook Islands | Pacific Ocean | yes | no ✓ |
| Gibraltar | Europe | yes | no ✓ |
| Grenada | Caribbean | yes | no ✓ |
| Guernsey/Sark/Alderney | Europe | yes | no ✓ |
| Isle of Man | Europe | yes | no ✓ |
| Jersey | Europe | yes | no ✓ |
| Liberia | Horn of Africa | yes | no ✓ |
| Liechtenstein | Europe | yes | no ✓ |
| Montserrat | Caribbean | yes | no ✓ |
| Nauru | Pacific Ocean | yes | no ✓ |
| Netherlands Antilles | Caribbean | yes | no ✓ |
| Nevis | Caribbean | yes | no ✓ |
| Niue | Pacific Ocean | yes | no ✓ |
| Panama | Caribbean/Central America | yes | no ✓ |
| Samoa | Pacific Ocean | yes | no ✓ |
| St Lucia | Caribbean | yes | no ✓ |
| St. Vincent and the Grenadines | Caribbean | yes | no ✓ |
| Switzerland | Europe | yes | no ✓ |
| The Commonwealth of Dominica | Caribbean | yes | no ✓ |
| The Principality of Monaco | Europe | yes | no ✓ |
| The Republic of the Maldives | Indian Ocean | yes | no ✓ |
| The Republic of the Marshall Islands | Pacific Ocean | yes | no ✓ |
| The Republic of the Seychelles | Indian Ocean | yes | no ✓ |
| The Republic of Vanuatu | Pacific Ocean | yes | no ✓ |
| Tonga | Pacific Ocean | yes | no ✓ |
| Turks & Caicos | Caribbean | yes | no ✓ |
| US Virgin Islands | Caribbean | yes | no ✓ |

Part II: Do you have any legal or beneficial interest in, or direct or indirect signature, management, or other authority over foreign bank accounts or brokerage accounts or mutual funds in other foreign countries, between 2001 and the present?

yes ✓  no _____

If yes, please list the countries in which you have foreign bank accounts or brokerage accounts or mutual funds, and describe the type of:
Spain savings account

1

EXHIBIT 2

Foreign Accounts/Entities Information

Part III: Did you have any legal or beneficial interest in, or direct or indirect signature, management, investment or other authority over any foreign entities, trusts, corporations, partnerships, foundations in the following countries, between 2001 and the present?
If yes, please describe the type of entity, name of the entity, and relationship to the entity.

| Bank Secrecy Jurisdiction Countries | Geographical Location | | |
|---|---|---|---|
| Andorra | Europe | yes | no ✓ |
| Anguilla | Caribbean | yes | no ✓ |
| Antigua and Barbuda | Caribbean | yes | no ✓ |
| Aruba | Caribbean | yes | no ✓ |
| Bahamas | Caribbean | yes | no ✓ |
| Bahrain | Arabian Sea | yes | no ✓ |
| Barbados | Caribbean | yes | no ✓ |
| Belize | Caribbean/Central America | yes | no ✓ |
| British Virgin Islands | Caribbean | yes | no ✓ |
| Cook Islands | Pacific Ocean | yes | no ✓ |
| Gibraltar | Europe | yes | no ✓ |
| Grenada | Caribbean | yes | no ✓ |
| Guernsey/Sark/Alderney | Europe | yes | no ✓ |
| Isle of Man | Europe | yes | no ✓ |
| Jersey | Europe | yes | no ✓ |
| Liberia | Horn of Africa | yes | no ✓ |
| Liechtenstein | Europe | yes | no ✓ |
| Montserrat | Caribbean | yes | no ✓ |
| Nauru | Pacific Ocean | yes | no ✓ |
| Netherlands Antilles | Caribbean | yes | no ✓ |
| Nevis | Caribbean | yes | no ✓ |
| Niue | Pacific Ocean | yes | no ✓ |
| Panama | Caribbean/Central America | yes | no ✓ |
| Samoa | Pacific Ocean | yes | no ✓ |
| St Lucia | Caribbean | yes | no ✓ |
| St. Vincent and the Grenadines | Caribbean | yes | no ✓ |
| Switzerland | Europe | yes | no ✓ |
| The Commonwealth of Dominica | Caribbean | yes | no ✓ |
| The Principality of Monaco | Europe | yes | no ✓ |
| The Republic of the Maldives | Indian Ocean | yes | no ✓ |
| The Republic of the Marshall Islands | Pacific Ocean | yes | no ✓ |
| The Republic of the Seychelles | Indian Ocean | yes | no ✓ |
| The Republic of Vanuatu | Pacific Ocean | yes | no ✓ |
| Tonga | Pacific Ocean | yes | no ✓ |
| Turks & Caicos | Caribbean | yes | no ✓ |
| US Virgin Islands | Caribbean | yes | no ✓ |

2

Foreign Accounts/Entities Information

**Part IV:**  Did you have any legal or beneficial interest in, or direct or indirect signature, management, investment or other authority over any foreign entities, trusts, corporations, partnerships, foundations in other foreign countries, between 2001 and the present?

yes_____  no __✓__

If yes, please describe the type of entity, name of the entity, and your relationship to the entity.

_____
_____
_____

**Part V:**  **Certification/Declaration**

I have read and completed the foregoing statements consisting of 3 pages, each of which I have signed. Under the penalties of perjury, I declare that I have examined this statement and to the best of my knowledge and belief, it is true, correct and complete.

_____  _____  _____
TP(Husband) Signature      TP(Husband) Name            Date

_____  Marianne M. Cuttic   5/14/12
TP(Wife) Signature         TP(Wife) Name             Date

3

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

| Case Name: | ROYCE GRACIE | SSN/EIN: | | Calendar Year: | 12/31/2008 |
|---|---|---|---|---|---|
| Proposed Penalty: | | Foreign Account Number(s): | | Foreign Bank: | |
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $50,000.00 | 2081 | | CAIXA PENEDES (SPAIN) | |
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $160,081.75 | 50 | | HSBC (SWITZERLAND) | |
| | $0.00 | | | | |
| | $0.00 | | | | |
| | $0.00 | | | | |
| | $0.00 | | | | |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

_____   Friday, May 08, 2015

ACTING CHIEF, BSA EXAMINATIONS

Page 1 of 1

EXHIBIT 3

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: MARIANNE CUTTIC  SSN/EIN:  Calendar Year: 12/31/2008

| Proposed Penalty: | | Foreign Account Number(s): | Foreign Bank: |
|---|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $50,000.00 | 2081 | CAIXA (SPAIN) |
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $160,081.75 | 509 | HSBC (SWITZERLAND) |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | | |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Friday, May 08, 2015

ACTING CHIEF, BSA EXAMINATIONS

Page 1 of 1