STEVEN TOSCHER, ESQ. (CA Bar No. 91115)
JONATHAN KALINSKI, ESQ. (CA Bar No. 245449)
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: Toscher@taxlitigator.com
Kalinski@taxlitigator.com

*Attorneys for Royce Gracie and Marianne Cuttic*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ROYCE GRACIE and MARIANNE CUTTIC,<br><br>              Defendants. | Civil No. CV 17-3308 AFM<br><br>[PROPOSED] ORDER TO EXTEND AND CONTINUE MEDIATION DATE |

## ORDER

Based on the stipulation of the parties and a showing of good cause, the Court orders the following new date to complete mediation in the case.

The parties hereby stipulate and agree to the following new date to complete mediation.

1. The date to complete mediation is January 29, 2019.

IT IS SO ORDERED.

DATED: 12/12/2018

_____
ALEXANDER F. MacKINNON
United States Magistrate Judge