NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
JEREMY L. BURKHARDT (Cal. Bar No. 321744)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607/5810
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov
         jeremy.burkhardt@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ROYCE GRACIE and MARIANNE CUTTIC,<br><br>           Defendants. | Civil No. CV 17-3308 AFM<br><br>UNITED STATES' EX PARTE APPLICATION FOR A STAY OF THE PRETRIAL CONFERENCE AND TRIAL DATES IN LIGHT OF LAPSE OF APPROPRIATIONS |

APPLICATION

    1.  On about December 27, 2018, the Court granted the government's request for a stay of the summary judgment briefing schedule in the case because of the lapse in government funding which began midnight December 21, 2018.

    2.  Because the lapse in funding has now extended to almost three weeks, and it is not known when funding will be restored, the

1

government requests that the pretrial conference date of March 5, 2019, and the trial date of April 2, 2019, also be stayed for a period equal to the period of the lapse of funding, or to dates agreed to by the parties and the Court after funding has been restored.  This request is made pursuant to Local Rule 7-19.

3.  If the government's application is granted, government counsel will notify the Court as soon as funding is restored.  The government requests that, at that point, the current dates for the pretrial conference and trial be reset and continued for a period commensurate with the period of the lapse of funding, or will be scheduled for dates agreed to by the parties and the Court.

4.  On January 10, 2019, counsel for the government contacted defendants' counsel, Jonathan Kalinski, at kalinski@taxlitigator.com and asked for his position, per local rule.  As of the time of the filing of this application, no response has been received.

Dated: 1/10/19                      Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney
                                    THOMAS D. COKER
                                    Assistant United States Attorney
                                    Chief, Tax Division


                                    /S/ RC
                                    _____

                                    ROBERT F. CONTE
                                    Assistant United States Attorney