```
1  NICOLA T. HANNA
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   ROBERT F. CONTE (Cal. Bar No. 157582)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6607
        Facsimile: (213) 894-0115
7       E-mail: robert.conte@usdoj.gov

8  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ROYCE GRACIE and MARIANNE CUTTIC,<br><br>             Defendants. | Civil No. CV 17-3308 AFM<br><br>NOTICE OF SETTLEMENT<br><br>[proposed Order filed herewith] |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE:

1.   The parties have reached a firm basis of settlement.  The parties request 30 days to file the necessary pleadings to enter the settlement and close the case, the Court to retain jurisdiction to enforce the settlement terms.

///

1

2. The defendants' Motion for Partial Summary Judgment now scheduled to be heard on March 12, 2019 is withdrawn and the parties request that the Court vacate all pending scheduling dates.

STIPULATED AND AGREED BY:

Dated: 3/7/19

                                  Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney
                                  THOMAS D. COKER
                                  Assistant United States Attorney
                                  Chief, Tax Division

                                  /S/ RC
                                  _____

                                  ROBERT F. CONTE
                                  Assistant United States Attorney

Dated: 3/7/19

                                  ___/S/ ST___ authorized by email

                                  STEVEN TOSCHER, Esq.
                                  Hochman Salkin Toscher Perez, P.C.
                                  Counsel for Defendants
                                  Royce Gracie and Marianne Cuttic