1  NICOLA T. HANNA
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   ROBERT F. CONTE (Cal. Bar No. 157582)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6607
        Facsimile: (213) 894-0115
7       E-mail: robert.conte@usdoj.gov

8  Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                        WESTERN DIVISION
12

13  UNITED STATES OF AMERICA,          Civil No. CV 17-3308 AFM

14             Plaintiff,
                                       [proposed] ORDER ON NOTICE OF
15       v.                            SETTLEMENT

16  ROYCE GRACIE and MARIANNE
    CUTTIC,
17
               Defendants.
18

19
                              **ORDER**
20
         Based on the parties Notice of Settlement, the Court orders:
21
         1.  The parties shall have 30 days to file the necessary
22
    pleadings to enter the settlement and close the case, the Court to
23
    retain jurisdiction to enforce the settlement terms.
24
         ///
25

26

27

28

                              1

1       2.   The defendants' Motion for Partial Summary Judgment now

2   scheduled to be heard on March 12, 2019 is withdrawn and all pending

3   scheduling dates are vacated.

4       IT IS SO ORDERED:

5
    Dated: 3/7/2019

6

7

8                               ALEXANDER F. MacKINNON
                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2