NICOLA T. HANNA
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROYCE GRACIE and MARIANNE CUTTIC,<br><br>            Defendants. | Civil No. CV 17-3308 AFM<br><br>STIPULATION TO DISMISS CASE BY REASON OF SETTLEMENT<br><br>[proposed Order filed herewith] |

**STIPULATION TO DISMISS CASE**

PLEASE TAKE NOTICE:

1. The parties have settled this case and have entered into a Stipulation Regarding Settlement Terms and Agreement that controls the settlement terms of the case and resolves all issues raised in the complaint.

1

2. Accordingly, the parties stipulate that the case should be dismissed without prejudice. The Court shall retain jurisdiction over the case to enforce the terms of the settlement.

STIPULATED AND AGREED BY:

Dated: 4/2/19

                        Respectfully submitted,

                        NICOLA T. HANNA
                        United States Attorney
                        THOMAS D. COKER
                        Assistant United States Attorney
                        Chief, Tax Division

                        /S/ RC

                        ROBERT F. CONTE
                        Assistant United States Attorney

Dated: 4/2/19

                        _____/S/ ST  authorized by email _____

                        STEVEN TOSCHER, Esq.
                        Hochman Salkin Toscher Perez, P.C.
                        Counsel for Defendants
                        Royce Gracie and Marianne Cuttic